UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IGLOO PRODUCTS CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-118 |
| | § | |
| DAVID C. SPIVEY, | § | |
| CHOICE TRANSPORT, INC., and | § | |
| GLEN KIESSLING, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to FED. R. CIV. P. 58(a) and to the Conditional Orders of Dismissal entered on November 20, 2006, and January 24, 2007, this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 26th day of February, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.

1